Cornell ALLEN, Appellant,

v.

STATE of Missouri, Respondent.

No. 63931.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 21, 1993.

John Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion as untimely. We affirm pursuant to Rule 84.16(b)(2) and (5).

Further, we find an opinion in this case would have no precedential value and affirm by summary order. Rule 84.16(b). We have provided a memorandum to the parties for their use only.

STATE of Missouri, Plaintiff/Respondent,

v.

Marlyn Kay PRICE, Defendant/Appellant.

No. 63042.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 21, 1993.

George J. Miller, The Miller Law Firm, Fenton, for appellant.

Timothy A. Braun, Pros. Atty., Amy G. Jacobsen, Asst. Pros. Atty., St. Charles County, St. Charles, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals her conviction, in a court tried case, of failing to drive on the right side of the highway, § 304.015, RSMo 1986. She was fined fifteen dollars plus court costs. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).